# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2024 WY 32

*October Term, A.D. 2023*

**March 27, 2024**

MICHELLE L. PEOPLES,

**Appellant**
**(Defendant),**

**v.**                                                                                          S-23-0250

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]  **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one felony count of theft.  Wyo. Stat. Ann. § 6-3-402.  The district court imposed a two to four-year sentence.  Appellant took this appeal to challenge the district court's August 2, 2023, Judgment and Sentence.

[¶ 2]  On January 24, 2024, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before March 11, 2024, Appellant was permitted to file with this Court a *pro se* brief specifying the issues she would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]  Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's judgment should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Michelle L. Peoples, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** the Laramie County District Court's August 2, 2023, Judgment and Sentence be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 27th day of March, 2024.

**BY THE COURT:\***

/s/

**KATE M. FOX**
**Chief Justice**

\* Justice Kautz retired from judicial office effective March 26, 2024, and, pursuant to Article 5, § 5 of the Wyoming Constitution and Wyo. Stat. Ann. § 5-1-106(f) (2023), he was reassigned to act on this matter on March 27, 2024.